UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LUIS DOMINGUEZ DE LA CRUZ,<br><br>                Defendant. | CR-25-126-GF-BMM<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

      Defendant Luis De La Cruz (De La Cruz) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326(a), as charged in the Indictment.

      After examining the De La Cruz under oath, I make the following determinations:

      1.  De La Cruz is fully competent and capable of entering an informed and voluntary plea;

      2.  De La Cruz is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3. De La Cruz fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4. De La Cruz's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes De La Cruz had adequate time to review his case and the charges with his counsel and understood the charge against him. Therefore, I recommend that the De La Cruz be adjudged guilty of the charge of illegal reentry, in violation of 8 U.S.C. § 1326(a) as charged in the Information and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the expedited presentence report**.

DATED this 9th day of December 2025.

John Johnston
United States Magistrate Judge